IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARNELL WATKINS,** : | |
| Petitioner, : | |
| | CIVIL ACTION 08-0302-CG-M |
| v. : | |
| | CRIMINAL ACTION 06-00147-CG-M |
| **UNITED STATES OF AMERICA,** : | |
| Respondent. : | |

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 51) and Supplemental Motion to Vacate (Doc. 51) be **DENIED** and that this action be **DISMISSED.**

**DONE and ORDERED** this 30th day of December, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE