IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARNELL WATKINS,** : | |
| Petitioner, : | |
| | CIVIL ACTION 08-0302-CG-M |
| v. : | |
| | CRIMINAL ACTION 06-00147-CG-M |
| **UNITED STATES OF AMERICA,** : | |
| Respondent. : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent, the United States of America, and against Petitioner Darnell Watkins.

**DONE and ORDERED** this 30th day of December, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE