IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 06-00147-CG |
| | ) | |
| DARNELL WATKINS, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on the United States' motion for reduction of sentence pursuant to Rule 35, Federal Rules of Criminal Procedure and the response of the defendant (Docs. 60 & 62). The United States requests that the court reduce the defendant's sentence from 240 months to 120 months because of his substantial assistance in the investigation and prosecution of others. The acts constituting the substantial assistance are set forth in the motion.

Having considered the motion and the response, the court finds that the motion is due to be granted. Accordingly, it is hereby

**ORDERED** that the defendant's sentence is reduced from 240 months imprisonment to 120 months imprisonment.

**DONE** and **ORDERED** this 11th day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE