AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>DARNELL WATKINS | Case No: 06-00147-001<br>USM No: 25935-001 |
| Date of Original Judgment: 5/18/2007<br>Date of Previous Amended Judgment: 6/11/2010<br>*(Use Date of Last Amended Judgment if Any)* | pro se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

After recalculation of the defendant's guideline range based on the Fair Sentencing Act of 2010, the defendant's guideline range remains unchanged. After taking into account the multiple substances involved, the marijuana equivalency is 1,234.3808 kilograms, which yields a base offense level of 32. Level 32 was the original base offense level as well. Accordingly, no reduction is warranted under the retroactive application of the Fair Sentencing Act of 2010.

Except as otherwise provided, all provisions of the judgment dated 6/11/2010 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/7/2011

/s/ Callie V. S. Granade
*Judge's signature*

Effective Date: _____
*(if different from order date)*

United States District Judge
*Printed name and title*